No. 80–751. Escobedo v. United States. C. A. 5th Cir. Certiorari denied.

No. 80–5008. Simmons v. Louisiana. Sup. Ct. La. Certiorari denied.

No. 80–5188. Long v. Mason, Head of Corrections. Ct. App. Ore. Certiorari denied.

No. 80–5224. Johnson v. Hamilton, Judge. Sup. Ct. App. W. Va. Certiorari denied.

No. 80–5231. Pruitt v. South Carolina et al. Sup. Ct. S. C. Certiorari denied.

No. 80–5321. Johnson v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 80–5457. Quinones v. United States. C. A. 7th Cir. Certiorari denied.

No. 80–5466. Henriksen v. United States. C. A. 9th Cir. Certiorari denied.

No. 80–5471. Whitehead v. Mitchell, Penitentiary Superintendent. C. A. 4th Cir. Certiorari denied.

No. 80–5530. Moore v. United States. C. A. 4th Cir. Certiorari denied.

No. 80–5538. Corley v. United States. Ct. App. D. C. Certiorari denied.

No. 80–5540. Grinan v. Trespalacios. C. A. 3d Cir. Certiorari denied.